1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD FURNACE,

11            Plaintiff,                    No. CIV S-10-3371 GGH P

12        vs.

13   GEORGE GIURBINO, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

18   plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in

19   Kings County, which is part of the Fresno Division of the United States District Court for the

20   Eastern District of California.[1]  See Local Rule 120(d).

21            Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   _____

25        [1] Although plaintiff has named several defendants who apparently are physically located
     in Sacramento (although for official capacity purposes they are located statewide), they appear to
26   be nominal; most of the named defendants are located at Corcoran State Prison in Kings County,
     where evidently all of the conduct complained of allegedly took place.

                                            1

court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

2.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

                    United States District Court
                    Eastern District of California
                    2500 Tulare Street
                    Fresno, CA 93721

DATED: January 4, 2011

                                                    /s/ Gregory G. Hollows
                                          _____
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009/md
furn3371.22

2